| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>APR 06 2022<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

JUAN GOMEZ,

       Petitioner - Appellant,

 v.

SCOTT FRAUENHEIM, Warden,

       Respondent - Appellee.

No. 20-15088

D.C. No. 3:18-cv-03021-EMC
U.S. District Court for Northern California, San Francisco

**MANDATE**

The judgment of this Court, entered March 15, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Nixon Antonio Callejas Morales
Deputy Clerk
Ninth Circuit Rule 27-7